NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAVIER ABREU-PEREZ,                          )
                                             )
              Appellant,                     )
                                             )
v.                                           )        Case No. 2D18-4779
                                             )
STATE OF FLORIDA,                            )
                                             )
              Appellee.                      )
_____)

Opinion filed September 27, 2019.

Appeal Pursuant To Fla. R. App. P.
9.141(B)(2) From The Circuit Court For
Hillsborough County; Michelle Sisco,
Judge.

Javier Abreu-Perez, pro se.


PER CURIAM.


              Affirmed.


NORTHCUTT, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.